UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00277(1)-RP |
| | § | |
| (1) Arturo Chavez Jaramillo | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 31, 2026, wherein the defendant Chavez-Jaramillo waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Chavez-Jaramillo to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Chavez-Jaramillo's plea of guilty to Count 1s and 2s of the superseding information is accepted.

Signed this 17th day of November, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE